UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Violation No. E1792731  **25-1161** |
| | ) | |
| v. | ) | Misdemeanor Class A |
| | ) | |
| CHRISTIAN E. NIETSCHKE | ) | Offense on a Federal Reservation |
| | ) | |

Before the Honorable Andrea D. Bergman, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try persons accused of, and sentence persons convicted of, misdemeanor offenses against the laws of the United States, which were committed within a Federal Reservation under the provisions of 18 U.S.C. § 3401, personally appeared this day Eli Jacobs, Assistant U.S. Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 17th day of April, 2025, at <u>Gateway National Recreation Area (Sandy Hook), Highlands, New Jersey,</u> in the District of New Jersey, Christian E. Nietschke did, at approximately 19:15 hours, at:

Spermaceti Cove Lot

1) Unlawful possession of controlled substance (oxycodone) in violation of <u>21 U.S.C. § 844(a)</u>

Further, this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

_____
Eli Jacobs
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

_____
HON. Andrea D. Bergman
United States Magistrate Judge

Dated: 8.13.25

8/13/25  NK  10/8/25

E1792731

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 17, 2025 while exercising my duties as a law enforcement officer in the _Monmouth_ District of New Jersey

I, USPR Sorrentino, was traveling north bound on Hartshorne Drive near the old ranger station when I detected the distinct odor of marijuana. I was behind two vehicle and the odor persisted. I stopped the rear vehicle and determined that the odor was not form that vehicle. I contacted the lead vehicle, a white Mercedes SUV (FL CH4979) in the old visitor center parking lot. I contacted the vehicles occupants. Getting out of the passenger seat was Christian Nietschke. Nietschke admitted that he had a THC vape in the car. I sniffed along the door jam of the closed door and could smell the odor of marijuana coming from the car. Nietschke admitted that there was marijuana roach in the car. I searched the car and found an unsmoked marijuana cigarette in an eye glass case. I also found a marijuana roach in the passenger side cup holder. I began searching a back pack that was behind the drivers seat. Inside the backpack was a wine colored zipper bag that contained a plastic bag that contained 106 grams of what I recognized as Xanax pills. I also observed 36 blue pills in the bag that were stamped to be Oxycodone. I also found 4 glass, clear pipes with a white residue and blackened ends. I further found methadone prescription bottles with Nietschke's name on them in a green back inside the back pack. I placed Nietschke under arrest for possession of marijuana, prescription legend drugs, possession of the Oxycodone and possession of drug paraphernalia.

The foregoing statement is based upon:

☒ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // 04/19/2025
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy)          U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

CVB SCAN 05/12/2025 15:51